```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - -x
In re:                              :

DAVID F. KILMARTIN, JR., and        :    BK No. 05-15475
JULIE A. KILMARTIN                            Chapter 7
          Debtors                   :

PHOEBE MORSE, The United States     :
Trustee
          Plaintiff                 :

v.                                  :    A.P. No. 06-1054

DAVID F. KILMARTIN, JR., and        :
JULIE A. KILMARTIN
          Defendants
- - - - - - - - - - - - - - - - - -x
```

**ORDER**

Heard on May 31, 2006 on the United States Trustee's motion to strike medical records that were attached to the Defendants' motion to extend time to answer the Complaint. After hearing, the parties could not agree on the form of the order that should enter. Accordingly the Court enters the following order:

> The United States Trustee's Motion to strike is DENIED. Any medical records attached to the Defendants' motion to extend time (Doc. #5) will not be considered by the Court in any trial on the merits unless they are properly introduced and deemed admissible under the Federal Rules of Evidence.

ORDER:                                         ENTER:

  CS                                           *[signature]*
_____                            _____
Deputy Clerk                                   Arthur N. Votolato
                                               U.S. Bankruptcy Judge
Entered on Docket:  5/31/06
Document Number: __20__                        Date: May 31, 2006